UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW BROWN, individually and behalf of all persons similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>FIRST TENNESSEE BANK NATIONAL ASSOCIATION, individually and doing business as First Horizon Home Loans<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-679-BBM |

## **J U D G M E N T**

This action having come before the court, Honorable Beverly B. Martin, United States District Judge, for consideration of Defendant's Motion to Dismiss the Amended Complaint, and the court having granted said motion as to Counts III and IV and having dismissed without prejudice Counts I and II, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 23rd day of November, 2009.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                                By: s/Rebecca V. Bachelor
                                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  November 23, 2009
James N. Hatten
Clerk of Court

By: s/Rebecca V. Bachelor
       Deputy Clerk