# United States Court of Appeals
### Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

*RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta APR 15 2010 JAMES N. HATTEN, Clerk By: [signature] Deputy Clerk*

April 14, 2010

James N. Hatten
Clerk, U.S. District Court
75 SPRING ST SW STE 2211
ATLANTA GA 30303-3318

**Appeal Number: 09-16419-HH**
Case Style: Andrew Brown v. First Horizon Home Loan Corp.
District Court Number: 09-00679 CV-BBM-1

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

John Ley, Clerk of Court

Reply To: Joe Caruso (404) 335-6177

Encl.

DIS-4  (4-2009)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 1 5 2010

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

JAMES N. HATTEN, CLERK
By:

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

APR 1 4 2010

JOHN LEY
CLERK

09-16419-HH

ANDREW BROWN,
individually and on behalf of
all persons similarly situated,

Plaintiff-Appellant,

versus

FIRST TENNESSEE BANK NATIONAL ASSOCIATION,
Individually and d.b.a. First Horizon Home Loans,

Defendant-Appellee.

---

On Appeal from the United States District Court for the
Northern District of Georgia

---

BEFORE: TJOFLAT and WILSON, Circuit Judges.

BY THE COURT:

The parties' joint motion to dismiss this appeal due to settlement, with the parties bearing their own costs, expenses, and attorney's fees, is GRANTED. The dismissal shall be with prejudice as to Mr. Brown's individual claims and without prejudice as to any claims of the putative class.

A TRUE COPY - ATTESTED
CLERK U.S. COURT OF APPEALS
ELEVENTH CIRCUIT